STATE OF CONNECTICUT *v.* STANLEY LESNEWSKY

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Thaddeus Maliszewski,* in support of the petition.

Submitted March 16—decided May 15, 1963

RUTH KEKAC *v.* THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY

The motion by the plaintiff seeking reversal of the judgment of this court on appeal from the Superior Court in Fairfield County and other relief is denied.

*Ruth Kekac,* pro se, for the appellant (plaintiff).

*Thomas J. O'Sullivan,* for the appellee (defendant).

Argued May 7—decided May 28, 1963

STATE OF CONNECTICUT *v.* THE AMERICAN NEWS COMPANY ET AL.

The motion by the defendants for an order directing the correction of the record in the appeal from the Superior Court in Hartford County is denied. Maltbie, Connecticut Appellate Procedure (2d Ed.) § 283.

*H. Meade Alcorn,* with whom was *David M. Shea,* for the appellants (defendants).

*Jack Rubin,* assistant attorney general, for the appellee (state).